IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD FLOWERS, ) <br> ADOC # 0000Z632, ) <br> ) <br>    Petitioner, ) <br> ) <br>   v. ) <br> ) <br> JEFFERSON S. DUNN, ) <br> Commissioner, Alabama Department ) <br> of Corrections, ) <br> ) <br>    Respondent. ) | CASE NO. 2:10-CV-579-WKW <br> [WO] |

## **ORDER**

Before the court is the unopposed motion of Robin C. Konrad, an attorney with the Federal Defenders for the Middle District of Alabama, for Limited Appointment of Counsel for Re-Sentencing. (Doc. # 77.) Ms. Konrad is one of two attorneys who represent Mr. Flowers in this action. As grounds for her motion, Ms. Konrad advises that she has long-standing knowledge of the *Flowers* case and that she spent "numerous hours developing a trusting relationship with Mr. Flowers." (Doc. # 77 at 2.) Specifically, Ms. Konrad states:

> Undersigned counsel has known Mr. Flowers for more than fifteen years. During this time, she has gained his trust and learned how to effectively communicate with him. She has taken the lead in representing him on the settlement agreement and is intimately familiar with the issues in his case. Because of his traumatic background and his cognitive impairments, and his existing attorney-client relationship with Ms. Konrad, it would be in Mr. Flowers' best interests to have

undersigned counsel continue to represent him at the resentencing hearing.

(Doc. # 77 at 3–4.)

18 U.S.C. § 3599 entitles indigent defendants to the appointment of counsel in capital cases, including habeas corpus proceedings. *Christeson v. Roper*, 574 U. S. 373, 377 (2015); *Martel v. Clair*, 565 U. S. 648, 652 (2012). Section 3599(e) authorizes a capital defendant's attorney to "represent the defendant throughout every subsequent stage of available judicial proceedings . . . and all post-conviction process . . . as may be available to the defendant."

Accordingly, it is ORDERED that:

1. The motion of Petitioner Richard Flowers's counsel, Robin C. Konrad, for Limited Appointment of Counsel for Re-Sentencing (Doc. # 77) is GRANTED.

2. Ms. Konrad is appointed, pursuant to 18 U.S.C. § 3599, to represent Mr. Flowers in further proceedings before the Circuit Court of Montgomery County, Alabama.

DONE this 19th day of May, 2021.

                                    /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE